**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1425

CLYDE JOHNSON,

Plaintiff - Appellant,

versus

FEDERAL BUREAU OF INVESTIGATION, guns and
robbery narcotics department; ATF; U.S. DRUG
ENFORCEMENT AGENCY; STATE GOVERNMENT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William D. Quarles, Jr., District Judge.
(1:07-cv-00651-WDQ)

Submitted: September 11, 2007     Decided: September 13, 2007

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clyde Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clyde Johnson appeals the district court's order dismissing his complaint without prejudice for failure to state a cognizable cause of action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Johnson v. FBI</u>, No. 1:07-cv-00651-WDQ (D. Md. Mar. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>